| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 03, 2021
Nathan Ochsner, Clerk

David Lee Cooper, §
    Petitioner, §
§
v. § Civil Action H-20-1750
§
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## Order of Adoption

On August 2, 2021, Magistrate Judge Peter Bray recommended that the court deny with prejudice David Lee Cooper's petition for writ of habeas corpus. (21) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on September 3, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge